**Petition for Writ of Mandamus Denied, Motion for Temporary Relief Denied as Moot, and Memorandum Opinion filed September 16, 2014.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

### NO. 14-14-00689-CV

## IN RE GEORGE R. MORRISON, JR. AND XTREME WORLDWIDE ATHLETIC EQUIPMENT, CORP., Relators

ORIGINAL PROCEEDING
**WRIT OF MANDAMUS**
**55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-50860**

## MEMORANDUM OPINION

On August 26, 2014, relators George R. Morrison, Jr. and Xtreme Worldwide Athletic Equipment, Corp. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Jeff Shadwick, presiding judge of the 55th District Court of Harris County, to vacate an order denying a motion to set

aside a default judgment and also to vacate an amended turnover order appointing a receiver and master in chancery. Also on August 26, 2014, relators filed a motion for temporary relief, seeking to stay all proceedings in the trial court and any actions by the receiver and master in chancery pending this court's disposition of relators' petition.

Relators have not satisfied their burden to demonstrate entitlement to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus. We also deny as moot relators' motion for temporary relief.


PER CURIAM

Panel consists of Justices Boyce, Jamison, and Donovan.